UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION


UNITED STATES OF AMERICA,          )
                                   )
              Plaintiff,           )
                                   )
        v.                         )          No. 4:07 CR 377 DJS
                                   )                            DDN
LAMONDRAS DAVENPORT,               )
                                   )
              Defendant.           )


**ORDER AND RECOMMENDATION**
**OF UNITED STATES MAGISTRATE JUDGE**

       This action is before the court upon the pretrial motions of the
parties which were referred to the undersigned United States Magistrate
Judge pursuant to 28 U.S.C. § 636(b).  An evidentiary hearing was set for
July 26, 2007.

       On July 26, 2007, defendant appeared in open court, with counsel, and
advised the undersigned that he had decided not to raise any issues by way
of pretrial motions.  He thereupon in open court under oath voluntarily
waived his rights to file pretrial motions and to have a pretrial hearing
in this case at this time and in the future.

       Whereupon,

       **IT IS HEREBY ORDERED** that the motion of the government for a
hearing regarding suppression issues (oral motion Doc. 26) is denied as
moot.

       **IT IS HEREBY RECOMMENDED** that the motions of defendant to suppress
evidence and statements (Docs. 27 and 31) be denied without prejudice.

The parties are advised they have until August 6, 2007,[1] to file written objections to this Order and Recommendation.  The failure to file objections may result in a waiver of the right to appeal issues of fact.


                                   /S/ David D. Noce
                              **UNITED STATES MAGISTRATE JUDGE**


Signed on July 26, 2007.

---

[1]This is 11 calendar days from July 26, 2007.  See Federal Rule of Criminal Procedure 45(a)(2).