UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 4:07CR377-DJS |
| ) | |
| **LAMONDRAS DAVENPORT,** ) | |
| ) | |
| Defendant. ) | |

## ORDER

Upon careful consideration of the recommendation of the United States Magistrate Judge, and the lack of objections thereto,

**IT IS HEREBY ORDERED** that the magistrate judge's recommendation [Doc. #33] is accepted and adopted, and defendant's motions to suppress evidence and statements [Docs. #27 and #31] are denied.

Dated this ___7th___ day of August, 2007.

                                          /s/ Donald J. Stohr
                                        UNITED STATES DISTRICT JUDGE